R. M. NEWELL CO., INC., Respondent, v RICHARD RICE et al., Appellants. (Appeal No. 2.)— Present—Denman, J. P., Green, Balio and Lawton, JJ.